NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

TRUSTEES of the UFCW LOCAL 1262 AND EMPLOYERS PENSION FUND, and TRUSTEES of the UFCW LOCAL 1262 AND EMPLOYERS HEALTH FUND,

*Plaintiffs*,

v.

VICTOR LARACCA,

*Defendant*.

Civil Action No. 16-4759

**ORDER**

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion; and for good cause shown,

IT IS on this 17th day of May, 2017

**ORDERED** that Plaintiffs' motion for default judgment is **GRANTED** as to liability and **DENIED** as to damages; and it is further

**ORDERED** that Plaintiffs shall have thirty days to substantiate their claim for damages.

John Michael Vazquez, U.S.D.J.